UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAUL LEFORT,

    Plaintiff,

    v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.

Case No. 14-cv-00569-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 3, 2014 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION | Compliance Hearing re name of mediator set 8/22/2014 at 9:01am |
| NON-EXPERT DISCOVERY CUTOFF: | January 31, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 15, 2014<br>Rebuttal: January 9, 2015 |
| EXPERT DISCOVERY CUTOFF: | January 31, 2015 |
| CLASS CERTIFICATION MOTIONS[1] TO BE FILED BY: | April 7, 2015 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 15, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 22, 2015 |
| PRETRIAL CONFERENCE: | Friday, June 5, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 22, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on <u>Friday, May 15, 2015 at 9:01</u> a.m. is intended to confirm that counsel have timely met
4  and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in the
5  Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business
6  days prior to the date of the compliance hearing, the parties shall file a one-page JOINT
7  STATEMENT confirming they have complied with this requirement or explaining their failure to
8  comply.  If compliance is complete, the parties need not appear and the compliance hearing will be
9  taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint
10 statement in a timely fashion.  Failure to do so may result in sanctions.
11  As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the
12 Court with the name of an agreed-upon mediator by  August 15,  2014 by filing a JOINT Notice.
13 A compliance hearing regarding shall be held on <u>Friday, August 22, 2014 on the Court's 9:01a.m.</u>
14 calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By
15 August 15, 2014, the parties shall file either the JOINT Notice or a one-page JOINT
16 STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete,
17 the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic
18 appearances will be allowed if the parties have submitted a joint statement in a timely fashion.
19         The parties must comply with both the Court's Standing Order in Civil Cases and Standing
20 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
21 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
22         **IT IS SO ORDERED.**
23 Dated: July 23, 2014

YVONNE GONZALEZ ROGERS
United States District Judge