# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAUL LEFORT,** on behalf of himself and all others similarly situated**,**     ) | Case No. 4:14-cv-00569-YGR |
| ) | |
| )   Plaintiff, | **[PROPOSED] ORDER** |
| ) | |
| vs.     ) | |
| ) | |
| **CMRE FINANCIAL SERVICES, INC.,**     ) | |
| ) | |
| Defendant.     ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this  16th  day of December, 2014.

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge